# UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

In re:  LORENA DUBE                                                                     Case No.:  09-32080-HCM

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Stuart C. Cox, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  09/16/2009.
2) The plan was confirmed on  02/05/2010.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  08/11/2011.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  03/10/2014.
5) The case was dismissed on  03/10/2014.
6) Number of months from filing or conversion to last payment:  49.
7) Number of months case was pending:  55.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  41,185.00.
10) Amount of unsecured claims discharged without full payment:  .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**
| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $24,246.00 | |
| Less amount refunded to debtor: | $.00 | |
| **NET RECEIPTS:** | | $24,246.00 |

**Expenses of Administration:**
| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $2,995.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $1,499.50 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $4,494.50 |
| Attorney fees paid and disclosed by debtor: | $.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| A.N. FINANCE | Unsecured | 759.00 | 753.19 | 753.19 | 179.90 | .00 |
| AMERICAN EXP. CENTURION BANK | Unsecured | 12,718.00 | 12,717.88 | 12,717.88 | 3,039.88 | .00 |
| AMERICAN EXP. CENTURION BANK | Unsecured | 4,093.00 | 3,793.61 | 3,793.61 | 906.75 | .00 |
| AMERICAN EXPRESS | Unsecured | NA | NA | NA | .00 | .00 |
| AMERICAN EXPRESS | Unsecured | NA | NA | NA | .00 | .00 |
| ASHLEY FUNDING SVC, LLC | Unsecured | 1,147.00 | 1,136.21 | 1,136.21 | 271.91 | .00 |
| ASHLEY FUNDING SVC, LLC | Unsecured | 216.00 | 216.00 | 216.00 | 51.70 | .00 |
| CAPITAL ONE | Unsecured | 1,972.00 | NA | NA | .00 | .00 |
| CARLOS DUBE | Unsecured | NA | NA | NA | .00 | .00 |
| CENTRAL PORTFOLIO CONTROL, INC. | Unsecured | NA | NA | NA | .00 | .00 |
| CHASE HOME FINANCE | Secured | 88,000.00 | 89,674.51 | 89,674.51 | .00 | .00 |
| CHASE HOME FINANCE | Secured | NA | 1,014.97 | 1,014.97 | 1,014.97 | 94.23 |

# UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

In re: LORENA DUBE  
Case No.: 09-32080-HCM

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CHASE HOME FINANCE | Secured | NA | 10,804.02 | 10,804.02 | 10,804.02 | 631.51 |
| CITIBANK | Unsecured | NA | NA | NA | .00 | .00 |
| ECAST SETTLEMENT | Unsecured | 3,900.00 | 4,815.54 | 4,815.54 | 1,151.05 | .00 |
| EL PASO ORTHOPAEDIC SURGERY | Unsecured | 3,657.00 | 149.00 | 149.00 | 35.68 | .00 |
| F.H.A./H.U.D. | Unsecured | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | NA | NA | .00 | .00 |
| KELLY J. HARVEY, ATTORNEY | Unsecured | NA | NA | NA | .00 | .00 |
| NORTHBANK EMERGENCY PHYSICIANS | Unsecured | 311.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 3,228.00 | 2,843.11 | 2,843.11 | 679.57 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 3,200.00 | 3,543.58 | 3,543.58 | 847.01 | .00 |
| RIVERWALK HOLDINGS LTD | Unsecured | 2,574.00 | NA | NA | .00 | .00 |
| RIVERWALK HOLDINGS LTD | Unsecured | NA | NA | NA | .00 | .00 |
| SIERRA MEDICAL CENTER | Unsecured | NA | NA | NA | .00 | .00 |
| STEPHEN R. HARRIS | Unsecured | 181.00 | 181.00 | 181.00 | 43.32 | .00 |
| TAX ASSESSOR-COLLECTOR | Priority | NA | NA | NA | .00 | .00 |
| U.S. ATTORNEY GENERAL | Unsecured | NA | NA | NA | .00 | .00 |
| U.S. ATTORNEY/FHA/HUD/VA/IRS | Unsecured | NA | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

In re: LORENA DUBE                                  Case No.: 09-32080-HCM

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| VETERANS ADMINISTRATION | Unsecured | NA | NA | NA | .00 | .00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 89,674.51 | .00 | .00 |
| Mortgage Arrearage: | 11,818.99 | 11,818.99 | 725.74 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 101,493.50 | 11,818.99 | 725.74 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 30,149.12 | 7,206.77 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $4,494.50 |
| Disbursements to Creditors: | $19,751.50 |
| **TOTAL DISBURSEMENTS:** | $24,246.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 04/07/2014                             By: /s/Stuart C. Cox
                                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.